UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LAWRENCE WAIMON,

                Plaintiff,

      v.                                             6:02-CV-1025

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATOR,

                Defendant.
_____

APPEARANCES:                                        OF COUNSEL:

O'DELL, O'DELL LAW FIRM                MICHAEL S. O'DELL, ESQ.
Attorney for Plaintiff
37 Chester Street
Glens Falls, New York 12801

HON. GLENN T. SUDDABY                 WILLIAM H. PEASE, ESQ.
United States Attorney for the               Assistant United States Attorney
Northern District of New York
Attorney for the Defendant
P.O. Box 7198
100 S. Clinton Street
Syracuse, New York 13261

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

      The above matter comes to me following a Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed on the 9th day of March, 2006. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: March 24, 2006
      Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge