# United States District Court
### Northern District of New York
## CIVIL JUDGMENT

**LAWRENCE WAIMON**

                                **Plaintiff**

        **VS.**                         **6:02-CV-1025 (NAM) (RFT)**

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATOR**

                                **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the report and recommendations of Magistrate Judge Randolph F. Treece are hereby approved and it is ordered that the Commissioner's Decision Denying Disability Benefits is AFFIRMED.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue, dated the 24th day of March, 2006.

**MARCH 24, 2006**                        **LAWRENCE K. BAERMAN**
_____      _____

**DATE**                                       **CLERK OF COURT**

                                                  **s/**
                                          _____

                                          **JOANNE BLESKOSKI**
                                          **DEPUTY CLERK**